

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00429-CV

———————————————

IN RE TAWNI JONES-LEDBETTER, Relator

---

Original Proceeding
County Court at Law of Hood County, Texas
Trial Court No. P10686

---

Before Walker, J; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered Relator's "Petition for Writ of Mandamus," Relator's "Motion for Emergency Relief," Real Parties in Interest's "Response to Relator's Motion for Emergency Relief," and Relator's "Reply in Support of Motion for Emergency Relief" and is of the opinion that relief should be denied. Accordingly, Relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: July 1, 2026